UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA, INC., et al.,<br><br>    Defendants. | Case No. 1:21-cv-00321-NONE-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

Plaintiff is proceeding *pro se* pursuant in this action filed pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 2). Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of a *pro se* complaint filed *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails

to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

Accordingly, it is HEREBY ORDERED THAT Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is GRANTED.

IT IS SO ORDERED.

Dated: __**March 8, 2021**__               /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE